ROBERTO VITALE, Respondent, v. G. SCHIRMER, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Mills, Putnam, Kelly and Jaycox, JJ., concurred; Jenks, P. J., not voting.

CORNELIUS CASSIN, Respondent, v. STILLMAN, DELEHANTY-FERRIS COMPANY, Appellant.— Motions denied, without costs.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

MARGARET C. ILLINGWORTH, Appellant, v. GEORGE ILLINGWORTH, as Administrator, etc., of GEORGE J. ILLINGWORTH, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands, etc., on the Northerly Side of Driggs Avenue, etc., as a Site for School Purposes.— Matter referred to Hon. Edward B. Thomas, official referee, to ascertain and report the facts and the sufficiency of the security given by the guardian, and to report with his opinion.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Petition of THE TITLE GUARANTEE AND TRUST COMPANY, to Render and Settle its Account as Executor, etc., of HAZELDINE HAMILTON, Deceased.— Motion denied, without costs.   Present — Mills, Putnam, Kelly and Jaycox, JJ.

CLAUDE M. NANKIVEL, Respondent, v. GASTON, WILLIAMS & WIGMORE, INC., Appellant.— Motion for stay denied, with ten dollars costs.   Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

P. T. MCDERMOTT, INC., Respondent, v. LAWYERS MORTGAGE COMPANY, Appellant, and Others, Defendants.— Motion denied, without costs.   Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD BISHOP REDMOND, Appellant.— Inasmuch as the court did not pass upon the facts in deciding the appeal, we think that there must now be a reargument of the appeal so far as the facts are concerned; and that we cannot resettle our former order as the motion asks.   Therefore, a reargument on the facts is ordered, and case set down for Tuesday, February 25, 1919. We deem this conclusion necessary because two judges who were members of the court which made the decision are no longer members of the court. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

REALTY ASSOCIATES, Respondent, v. CONRAD CONSTRUCTION COMPANY and Others, Defendants.   BLEST & EMERY COMPANY, INC., and Another, Appellants.— Motion denied, without costs.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

WILHELMINE E. SKOU, Appellant, v. THE TOWN OF NORTH HEMPSTEAD, Respondent.— Motion denied, without costs.   Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.